UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

LARRY YOUNG,
    Plaintiff,

vs.          03-1362

JOHN BIRKEL, et al.
    Defendants.

ORDER

    This cause is before the court for consideration of the plaintiff's motion for a new trial [d/e 154] and motion for relief from judgement [d/e 155]

    There was no trial held in this case. On February 10, 2006, the court granted Defendants Ellinger and Funk's motion for summary judgement. The plaintiff had accused the defendants of violating his Eighth Amendment rights when they were deliberately indifferent to his serious medical needs. The plaintiff wholly failed to provide any evidence to support these claims. The plaintiff was repeatedly seen and examined by medical personnel. In addition, there was medical evidence the plaintiff did not even have the injuries he claimed.

    On June 21, 2006, the court dismissed the case against the remaining defendants pursuant to Federal Rule of Civil Procedure 37(b)(2). The plaintiff, even though he is an experienced litigator[1], refused to participate in the discovery process. On February 9, 2006, the court attempted to simplify the process by directing the plaintiff to file responses to some specific questions about his claims. The plaintiff refused to comply. His case was then dismissed.

    The plaintiff's motions provide no evidence to refute the court order granting summary judgement and he has provided no reason for his inability to respond to the court's discovery order. The motions are denied.

**IT IS THEREFORE ORDERED that:**

---

[1]*See Young v. Birkel*, 03-1362; *Young v. Blagojevich*, 03-1273; *Young v. Burger*, 02-1408; *Young v. Schomig*, 01- 1407 *Young v. Gilmore*, 99-1232; *Young v. Dhupelia*, 99-1217; *Young v. Gilmore*, 99-1199; *Young v. Dhupelia*, 99-1157; *Young v. Edgar*, 98-1407, *Young v. Gilmore*, 98-1393 all in the Central District of Illinois; and *Young v. Stenven*, 98-5690; *Young v. Gilmore*, 99-274; *Young v. Skidmore*, 98-228 in the Northern District of Illinois.

**Plaintiff's motion for a new trial and motion for reconsideration are denied. [d/e 154, 155]**

Enter this 10th day of October, 2006.

                              **s\Harold A. Baker**
            _____
                              HAROLD A. BAKER
                        UNITED STATES DISTRICT JUDGE